# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3921
_____

United States of America

*Plaintiff - Appellee*

v.

Dewuan C. Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: June 12, 2017
Filed: June 15, 2017
[Unpublished]
_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Dewuan C. Williams directly appeals the sentence he received after pleading guilty to a felon-in-possession offense. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), in which she argues that Williams's sentence is unreasonable and requests leave to withdraw.

Upon careful review, we conclude that the district court[1] did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (explaining that sentences are reviewed under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm Williams's sentence.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.